JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile:  (415) 576-9929

Attorney for Plaintiff
Zhixin SHI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zhixin SHI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>*Michael Chertoff*, Secretary of the Department of Homeland Security;<br>*Emilio T. Gonzalez*, Director, U.S. Citizenship and Immigration Services;<br>*David N. Still,* District Director, San Francisco District Office, U.S.C.I.S.;<br>*Robert S. Mueller,* Director of Federal Bureau of Investigation<br><br>　　　　Defendants. | No.: **C 06 7152 MHP**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: January 18, 2007

_____
Justin X. Wang, Esq.
Attorney for Plaintiff

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel, Dated: 1/19/07]

Case No.: C 06 7152 MHP
NOTICE OF VOLUNTARY DISMISSAL

F:\NANCY\Mandamus\SHI, Zhixin\Dismissal.wpd